# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **CARESOURCE MANAGEMENT GROUP CO.** | **CASE NO. 3:11-cv-255** |
| Plaintiff | **District Judge Thomas M. Rose** |
| v. | **Magistrate Judge Michael J. Newman** |
| **LAWSON SOFTWARE AMERICAS, INC.** | |
| Defendant | |

## FINAL DISMISSAL ENTRY
## WITH PREJUDICE

Now come the Plaintiff, CareSource Management Group Co., and the Defendant, Lawson Software Americas, Inc., and in accordance with Fed. R. Civ. P. 41(a)(2), hereby dismiss this action with prejudice.  Court costs shall be assessed equally between Plaintiff and Defendant.

This case is hereby terminated on the docket of the United States District Court for the Southern District of Ohio, Western Division, at Dayton, Ohio.

**SO ORDERED.**


April 20, 2012         s/Thomas M. Rose

         _____
         **JUDGE THOMAS M. ROSE**

APPROVED:

| | |
|---|---|
| */s/ Mark R. Chilson* _____ | _/s/ Robert E. Chuadkoff_____ |
| Mark R. Chilson (0016511) | Robert E. Chudakoff (0038594) |
| CARESOURCE | ULMER & BERNE LLP |
| 230 N. Main Street | Skylight Office Tower |
| Dayton, OH 45402 | 1660 West 2nd Street, Suite 1100 |
| Telephone:  (937) 531-2045 | Cleveland, OH  44113-1448 |
| Mark.chilson@caresource.com | Tel:  (216) 583-7000 |
| | rchudakoff@ulmer.com |