IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**CARESOURCE MANAGEMENT GROUP CO.**

    **Plaintiff**

v.

**LAWSON SOFTWARE AMERICAS, INC.**

    **Defendant**

**CASE NO. 3:11-cv-255**

**District Judge Thomas M. Rose**
**Magistrate Judge Michael J. Newman**

## FINAL DISMISSAL ENTRY WITH PREJUDICE

Now come the Plaintiff, CareSource Management Group Co., and the Defendant, Lawson Software Americas, Inc., and in accordance with Fed. R. Civ. P. 41(a)(2), hereby dismiss this action with prejudice. Court costs shall be assessed equally between Plaintiff and Defendant.

This case is hereby terminated on the docket of the United States District Court for the Southern District of Ohio, Western Division, at Dayton, Ohio.

    **SO ORDERED.**

April 20, 2012                      s/Thomas M. Rose
                                                _____
                                                **JUDGE THOMAS M. ROSE**

APPROVED:

*/s/ Mark R. Chilson* _____     /s/ Robert E. Chuadkoff_____
Mark R. Chilson (0016511)                  Robert E. Chudakoff (0038594)
CARESOURCE                                        ULMER & BERNE LLP
230 N. Main Street                                Skylight Office Tower
Dayton, OH 45402                               1660 West 2nd Street, Suite 1100
Telephone: (937) 531-2045             Cleveland, OH 44113-1448
Mark.chilson@caresource.com         Tel: (216) 583-7000
                                                    rchudakoff@ulmer.com